**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x
ANIBAL ASENCIO, *on behalf of himself and others similarly situated*,

                              Plaintiff,

       -against-

MILEA TRUCK SALES CORP. and BARRY MILEA,

                            Defendants.
------------------------------------------ x

ORDER

20 Civ. 5645 (GBD)

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

      The December 16, 2020 conference is canceled.

Dated: New York, New York
       December 10, 2020

                                                      SO ORDERED.

                                                      */s/ George B. Daniels*
                                                      GEORGE B. DANIELS
                                                      United States District Judge